IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DALE L. ROYSTER

v.                                        NO.   11-cv-921

NCO FINANCIAL SYSTEMS, INC.

FILED
MAY - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE JOYNER, J.

    AND NOW, to wit, this 3rd day of May, 2011, it is ORDERED that in accordance with the Acceptance of Offer and entry of Judgment filed by Plaintiff, Judgment is entered in favor of the Plaintiff and against Defendant in the sum of $1,000.00 including reasonable costs and attorney's fees accrued.

BY THE COURT:

ATTEST:

*[signature]*
Deputy Clerk

judg